```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                       Case No. 12-16552-jkf
Robert P. Peglow                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2        User: DonnaR              Page 1 of 2        Date Rcvd: Sep 08, 2017
                            Form ID: 138NEW           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db             +Robert P. Peglow,    4204 Bleigh Avenue,    Philadelphia, PA 19136-3913
cr             +BANK OF AMERICA, N.A.,    KML Law Group, P.C.,    c/o Andrew F. Gornall, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Pite LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
cr             +PennyMac Loan Services, LLC,    6101 Condor Drive,    Moorpark, CA 93021-2602
12807741       +ACE,   PO BOX 33130,    PHOENIX, AZ 85067-3130
12965885       +Avallone Law Assocs.,    5th Flr.,   215 S. Broad Street,    Phila. PA 19107-5318
12827229      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12807742       +BANK OF AMERICA N.A.,    CUSTOMER SVC,   PO BOX 5170,    SIMI VALLEY, CA 93062-5170
12884773        Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
12807743       +CLIENT SVCS INC,   PO BOX 1503,    ST PETERS, MO 63376-0027
12807744       +CONSERVE,   PO BOX 7,    FAIRPORT, NY 14450-0007
12840729       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
12942259        ECMC,   Educational Credit Management Corp.,    PO Box 16408,    St. Paul, MN 55116-0408
12844089      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Mazda American Credit,    P.O. Box 6275,    Dearborn, MI 48121)
12807745       +GREAT LAKES,    HIGHER ED GUARANTY CORP,   2401 INTERNATIONAL LAKE,    MADISON, WI 53704-3121
12807747       +JACOB COLLECTION GROUP,    2623 WEST OXFORD LOOP,   OXFORD, MS 38655-5442
12807748       +MAZDA AMERICAN CREDIT,    PO BOX 542000,   OMAHA, NE 68154-8000
12807750       +NORTHSTAR ED. FIN. INC,    STE 800,   444 CEDAR STREET,    ST PAUL, MN 55101-3154
13574988       +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 200,   Moorpark, CA 93021-2602
12807751       +ST JOSEPH'S UNIV C/O,    J SCOTT WATSON PC,   24 REGENCY PLAZA,    GLEN MILLS, PA 19342-1001
13839317       +Thomas Puleo,    KML Law Group P.C.,   c/o Bank of America N.A.,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:32:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2017 02:36:19     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12807746       +E-mail/Text: cio.bncmail@irs.gov Sep 09 2017 02:31:21     IRS,   PO BOX 7346,
                 Phila, PA 19101-7346
12882525        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 09 2017 02:32:32     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
13024832        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2017 02:36:26     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12807749       +E-mail/Text: bankruptcydepartment@tsico.com Sep 09 2017 02:33:41     NCO FINANCIAL SYSTEMS,
                 PO BOX 4935,   TRENTON, NJ 08650-4935
13466918        E-mail/PDF: rmscedi@recoverycorp.com Sep 09 2017 02:36:51
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12807752       +E-mail/Text: edinkel@vikingservice.com Sep 09 2017 02:33:51     VCS,   PO BOX 59207,
                 MINNEAPOLIS, MN 55459-0207
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12807740        12-16552
12812586        12-16552
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
12812587*      +ACE,   PO BOX 33130,    PHOENIX, AZ 85067-3130
12812588*      +BANK OF AMERICA N.A.,    CUSTOMER SVC,   PO BOX 5170,   SIMI VALLEY, CA 93062-5170
12812589*      +CLIENT SVCS INC,   PO BOX 1503,    ST PETERS, MO 63376-0027
12812590*      +CONSERVE,   PO BOX 7,    FAIRPORT, NY 14450-0007
12812591*      +GREAT LAKES,    HIGHER ED GUARANTY CORP,   2401 INTERNATIONAL LAKE,    MADISON, WI 53704-3121
12812592*      +IRS,   PO BOX 7346,    Phila, PA 19101-7346
12812593*      +JACOB COLLECTION GROUP,    2623 WEST OXFORD LOOP,   OXFORD, MS 38655-5442
12812594*      +MAZDA AMERICAN CREDIT,    PO BOX 542000,   OMAHA, NE 68154-8000
12812595*      +NCO FINANCIAL SYSTEMS,    PO BOX 4935,   TRENTON, NJ 08650-4935
12812596*      +NORTHSTAR ED. FIN. INC,    STE 800,   444 CEDAR STREET,    ST PAUL, MN 55101-3154
12812597*      +ST JOSEPH'S UNIV C/O,    J SCOTT WATSON PC,   24 REGENCY PLAZA,    GLEN MILLS, PA 19342-1001
12812598*      +VCS,   PO BOX 59207,    MINNEAPOLIS, MN 55459-0207
                                                                                   TOTALS: 2, * 13, ## 0
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2             Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW           Total Noticed: 31
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              ANDREW    SPIVACK    on behalf of Creditor    PennyMac Loan Services, LLC paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    PennyMac Loan Services, LLC paeb@fedphe.com
              LAWRENCE W. ABEL    on behalf of Debtor Robert P. Peglow abel@avallonelaw.com,
               mteran@avallonelaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              TIMOTHY    ZEARFOSS    on behalf of Debtor Robert P. Peglow tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert P. Peglow
        Debtor(s)

Bankruptcy No: 12−16552−jkf
Chapter: 13

---

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/8/17