IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 12-16552-amc |
| ROBERT P. PEGLOW | : | |
| Debtor. | : | Chapter 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

I, Lawrence W. Abel, attorney for debtor(s), upon my oath according to law, hereby certify as follows:

Part I.  Certification Regarding Domestic Support Obligations

☒   The Debtor is required to pay a domestic support obligation.  Debtor has paid all such amounts that Debtor's Chapter 13 Plan required Debtor to pay.  Debtor has also paid all such amounts that became due between the filing of this bankruptcy action and today.

The debtor's current address:      4204 Bleigh Avenue
                                   Philadelphia, PA   19136-3913

Debtor's current employer and my employer's address:      Johnson & Johnson
                                                          1 Johnson & Johnson Plaza
                                                          New Brunswick, NJ  08933

Part III.  Certification Regarding Section 522(q) (check no more than one)

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒   The debtor has not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that the debtor or a dependent of the debtor uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375 in value in the aggregate.

If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Dated: November 8, 2017            /s/ Lawrence W. Abel
                                   Lawrence W. Abel, Esquire
                                   Attorney for Debtor