Certificate Number: 18194-OKE-DE-030136465

Bankruptcy Case Number: 12-16552



18194-OKE-DE-030136465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 6, 2017, at 8:42 o'clock PM PST, Robert Peglow completed a course on personal financial management given by internet by $$$$$Pre-Discharge Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Oklahoma.

Date:    November 6, 2017               By:    /s/Jacob Allen

                                        Name:  Jacob Allen

                                        Title: Manager