United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-16552-amc
Robert P. Peglow                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 13, 2017
                Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db             +Robert P. Peglow,    4204 Bleigh Avenue,    Philadelphia, PA 19136-3913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    PennyMac Loan Services, LLC paeb@fedphe.com
      ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    PennyMac Loan Services, LLC paeb@fedphe.com
      LAWRENCE W. ABEL    on behalf of Debtor Robert P. Peglow abel@avallonelaw.com,
       mteran@avallonelaw.com
      THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      TIMOTHY   ZEARFOSS    on behalf of Debtor Robert P. Peglow tzearfoss@aol.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Robert P. Peglow                                          : Case No. 12−16552−amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , November 13, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

65
Form 195